

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2016

No. 04-16-00508-CR

Miguel **AGUILAR**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014CRS1753 D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

The trial court granted appellant's motion for a free record and ordered the court reporter to prepare the record. We reinstate this appeal on the docket of the court. We order court reporter David J. Laurel to file the reporter's record by November 18, 2016.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court